UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN GARCIA DIAZ, | No.  2:25-cv-3679 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| WILLIAMS, | |
| Defendant. | |

Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF Nos. 1, 2. The application, however, is incomplete and missing plaintiff's signature. Plaintiff will be provided the opportunity either to submit a *complete and signed* affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00. Failure to do so will result in the recommendation that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a *complete and signed* affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $405.00. Failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form).

DATED:  March 2, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE